IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GABRIELA CAMACHO,**

    **Petitioner,**

    v.                                      CIVIL NO. 10-0148 MV/LAM

**ARLENE HICKSON, et al.,**

    **Respondents.**

## ORDER

**THIS MATTER** having come before the Court upon Petitioner's *Prisoner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 3)*, and the Court being fully advised;

**IT IS ORDERED** that the motion to proceed *in forma pauperis* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**