## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GABRIELA CAMACHO,**

    **Petitioner,**

    **v.**                                          **CIVIL NO. 10-0148 MV/LAM**

**ARLENE HICKSON, et al.,**

    **Respondents.**

### ORDER

The Court having entertained this *habeas corpus* proceeding *in forma pauperis* pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 1915 (*see* 28 U.S.C. § 2254 R.4), and the Court having determined that the application is not subject to summary dismissal,

**IT IS HEREBY ORDERED** that Respondents shall answer said application **within thirty (30) days from the date of entry of this Order**. Respondents' answer shall advise, but is not limited to, whether Petitioner has exhausted her state court remedies as to the issues raised in the federal application. In each case, Respondents shall attach to their answer copies of any pleading pertinent to the issue of exhaustion which was filed by Petitioner in the sentencing court, the state district court, the state court of appeals and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of or in response to those pleadings. Respondents shall also attach to their answer copies of all state court findings and conclusions, docketing statements and opinions issued in Petitioner's state court post-conviction or appellate proceedings. In the event Respondents deny exhaustion, Respondents shall identify the State procedures currently available to Petitioner given the nature of Petitioner's claims and their procedural history.

**IT IS FURTHER ORDERED** that until such time as Petitioner may be represented by counsel the Clerk shall forward to Petitioner a copy of this Order and any subsequent orders, pleadings and supporting papers filed in this proceeding.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**